STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. ROGER J. MARCHAND, DEFENDANT-RESPONDENT.

Argued February 28, 1989—Decided April 17, 1989.

*Annmarie Cozzi,* Deputy Attorney General, argued the cause for appellant (*Peter N. Perretti, Jr.,* Attorney General of New Jersey, attorney).

*Donald S. Goldman* argued the cause for respondent (*Harkavy, Goldman, Goldman & Caprio,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the Appellate Division opinion reported at 227 *N.J. Super.* 92 (1988).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For reversal*—None.